UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VIRGINIA MUNSON, ET AL.**                                                                **CIVIL ACTION**

**VERSUS**                                                                                          **NO. 06-2321**

**ANPAC LOUISIANA INSURANCE CO.**                                                **SECTION "K"(3)**

## ORDER

Having been informed by counsel for plaintiffs that they no longer wish to pursue remand of this matter,

**IT IS ORDERED** that the Motion to Remand (Doc. 3) is **WITHDRAWN**.

New Orleans, Louisiana, this  28th  day of July, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE